HAMILTON PIPE WORKS, INC., Appellant, *v.* ROGER A. ZELTMACHER, Respondent.

*Hamilton Pipe Works, Inc., v. Zeltmacher,* 170 App. Div. 910, affirmed.
(Argued December 6, 1917; decided December 21, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 7, 1915, modifying and affirming as modified a judgment of Special Term in an action brought to enjoin the defendant from soliciting the trade of persons who had been customers of a former copartnership of which defendant had been a member. The judgment entered at Special Term perpetually enjoined the defendant from soliciting orders for French briar pipes and other smoking articles, except calabash pipes, from former customers. Both plaintiff and defendant appealed from said judgment to the Appellate Division. Plaintiff appealed from so much of said judgment as failed to enjoin defendant from soliciting orders for calabash pipes and because the judgment failed to provide for an accounting of profits and an inquiry as to damages, and defendant appealed from the judgment generally. The Appellate Division modified the judgment appealed from so as to have it enjoin the defendant from soliciting business from former customers, but the soliciting of orders for calabash pipes was expressly excepted from the injunction. The plaintiff appealed to this court from so much of the judgment of the

Appellate Division as directed that the defendant be not enjoined from soliciting orders for calabash pipes; failed to award plaintiff an accounting of profits and an inquiry as to damages; and failed to appoint a referee to take the account and assess the damages.

*Julius Miller* for appellant.
*MacDonald De Witt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, McLAUGHLIN and CRANE, JJ.